CITY OF CHICAGO
v.
CHARLES H. CASE.

*Municipal Corporations—Licenses—Insurance Agent.*

A municipal corporation, incorporated under the general law, has no authority to require the agent of a foreign insurance company to procure a special license before effecting insurance within its limits.

[Opinion filed May 31, 1888.]

APPEAL from the Superior Court of Cook County; the Hon. JOSEPH E. GARY, Judge, presiding.

Messrs. HEMPSTEAD WASHBURNE and CLARENCE A. KNIGHT, for appellant.

Messrs. PADDOCK, ALDIS & WRIGHT, for appellee.

BAILEY, J.   This is an action of debt, brought by the city of Chicago against Charles H. Case, for the collection of the penalty imposed by an ordinance of the city in relation to foreign insurance companies.  The facts are identical with those in the case of the City of Chicago v. The Phœnix Insurance Company, except that in this case the defendant is charged as an agent effecting insurance within said city for said insurance company, said company not having a license as required by said ordinance.   In this case judgment was rendered for the defendant on demurrer to the declaration, and upon the principles decided in the case against the Phœnix Insurance Company, said judgment must be affirmed.

*Judgment affirmed.*